B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Oklahoma** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Swadener Investment Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**73-1623038** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5810 E. Skelly Dr.**<br>**Suite 1700**<br>**Tulsa, OK**                ZIP Code **74135** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tulsa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 74170**<br>**Tulsa, OK**                ZIP Code **74170** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **Debtor owns 5 commercial buildings known as: Remington Tower, 2600 Center, 2700 Center, 2800 Center & Northeast Plaza Tulsa, OK** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Swadener Investment Properties, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Pecan Properties, Inc.** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: **Common Ownership** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Swadener Investment Properties, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Scott P. Kirtley**
_____
Signature of Attorney for Debtor(s)

**Scott P. Kirtley 11388**
Printed Name of Attorney for Debtor(s)

**Riggs Abney Neal Turpen Orbison & Lewis**
Firm Name

**502 West Sixth Street**
**Tulsa, OK 74119**

_____
Address

**918-587-3161**
Telephone Number

**February 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark Swadener**
_____
Signature of Authorized Individual

**Mark Swadener**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 18, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Swadener Investment Properties, LLC**        Case No. _____

                        Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Able Fire Systems**<br>**P.O. Box 176**<br>**Jennings, OK 74038** | **Johnny**<br>**Able Fire Systems**<br>**P.O. Box 176**<br>**Jennings, OK 74038** | **fire systems inspections & repair** | | **3,000.00** |
| **America Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **America Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **maintenance supplies** | | **5,016.56** |
| **Associated Parts**<br>**2619 E. Admiral Place**<br>**Tulsa, OK 74110** | **Associated Parts**<br>**2619 E. Admiral Place**<br>**Tulsa, OK 74110** | **maintenance supplies** | | **1,866.41** |
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-5412** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-5412** | **maintenance supplies** | | **12,338.22** |
| **Behnken, Ed**<br>**8142 S. Lewis**<br>**Tulsa, OK 74137** | **Behnken, Ed**<br>**8142 S. Lewis**<br>**Tulsa, OK 74137** | **subordinated debenture** | | **11,000.00** |
| **Cowan Landscape**<br>**PO Box 1557**<br>**Broken Arrow, OK 74012** | **Chris Cowan**<br>**Cowan Landscape**<br>**PO Box 1557**<br>**Broken Arrow, OK 74012** | **lawn services** | | **13,252.40** |
| **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | **Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | **computer products** | | **1,517.07** |
| **Glen Stout**<br>**Rt. 3, Box 102A**<br>**Cleveland, OK 74020** | **Glen Stout**<br>**Rt. 3, Box 102A**<br>**Cleveland, OK 74020** | **401(k) contribution** | | **1,614.17** |
| **Hall, Estill, Hardwick, Gable,**<br>**Golden &**<br>**320 South Boston Ave., Ste.**<br>**400**<br>**Tulsa, OK 74103** | **Kimberly Schutz**<br>**Hall, Estill, Hardwick, Gable, Golden &**<br>**320 South Boston Ave., Ste. 400**<br>**Tulsa, OK 74103** | **attorney fees** | | **26,880.00** |
| **Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | **Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | **maintenance supplies** | | **2,807.51** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Swadener Investment Properties, LLC**                                  Case No.                   

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Johnstone Supply<br>PO Box 7805<br>Edmond, OK 73083 | Johnstone Supply<br>PO Box 7805<br>Edmond, OK 73083 | maintenance supplies | | 1,296.85 |
| Kevin Cline<br>16060 S. Peoria<br>Bixby, OK 74008 | Kevin Cline<br>16060 S. Peoria<br>Bixby, OK 74008 | 401(k) contribution | | 1,122.28 |
| Lighting, Inc.<br>P.O. Box 471343<br>Tulsa, OK 74147 | Mitchell Blessing<br>Lighting, Inc.<br>P.O. Box 471343<br>Tulsa, OK 74147 | lighting retro-fit | | 46,913.95 |
| McIntosh, Inc.<br>P.O. Box 472208<br>Tulsa, OK 74147 | McIntosh, Inc.<br>P.O. Box 472208<br>Tulsa, OK 74147 | maintenance supplies | | 1,529.94 |
| Palmer Supply<br>PO Box 470510<br>Tulsa, OK 74147 | Palmer Supply<br>PO Box 470510<br>Tulsa, OK 74147 | maintenance supplies | | 2,698.91 |
| Pecan Properties 401K<br>Paychex, Inc.<br>Paychex Retirement Services<br>1175 John Street<br>West Henrietta, NY 14586 | Pecan Properties 401K<br>Paychex, Inc.<br>Paychex Retirement Services<br>West Henrietta, NY 14586 | unpaid employer contribution to employee 401(k)<br><br>This is a duplication of the total amount owed to each employee | | 7,753.94 |
| Quest Elevator<br>2488 E. 81st Street, Suite 365<br>Tulsa, OK 74137 | Mike Long<br>Quest Elevator<br>2488 E. 81st Street, Suite 365<br>Tulsa, OK 74137 | elevator service | | 40,384.80 |
| Redlee SCS, Inc.<br>320 S. Boston, #200<br>Tulsa, OK 74103 | Larry Wright<br>Redlee SCS, Inc.<br>320 S. Boston, #200<br>Tulsa, OK 74103 | janitorial services | | 27,695.81 |
| Source One Janitorial<br>10400 E. 21st Street<br>Tulsa, OK 74129 | Jon<br>Source One Janitorial<br>10400 E. 21st Street<br>Tulsa, OK 74129 | janitorial services | | 10,984.98 |
| Triad Bank<br>7666 East 61st St.<br>Tulsa, OK 74133 | Triad Bank<br>7666 East 61st St.<br>Tulsa, OK 74133 | operating line | | 50,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Swadener Investment Properties, LLC**                                   Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **February 18, 2011**_____          Signature  **/s/ Mark Swadener**_____
                                                               **Mark Swadener**
                                                               **Managing Member**


     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Oklahoma

In re   **Swadener Investment Properties, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **18,961.00** |
| Prior to the filing of this statement I have received | $ | **18,961.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Amount paid is a retainer.  All fees must be approved by the Bankruptcy Court before allowance and payment.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 18, 2011**

**/s/ Scott P. Kirtley**
**Scott P. Kirtley 11388**
**Riggs Abney Neal Turpen Orbison & Lewis**
**502 West Sixth Street**
**Tulsa, OK 74119**
**918-587-3161**

---

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  __Swadener Investment Properties, LLC__                    Case No.  _____

                                                    Debtor(s)     Chapter   __11__

## VERIFICATION AS TO OFFICIAL MAILING MATRIX

■  Original
☐  Amendment

     I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

     I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix submitted via:

(a)  ___  computer diskette/CD ROM listing a total of ___ creditors; or

(b)  __X__  uploaded to Electronic Case Filing System listing a total of __128__ creditors.

Date:  __February 18, 2011__          __/s/ Mark Swadener__
                                      __Mark Swadener/Managing Member__
                                      Signer/Title

Date:  __February 18, 2011__          __/s/ Scott P. Kirtley__
                                      Signature of Attorney
                                      __Scott P. Kirtley 11388__
                                      __Riggs Abney Neal Turpen Orbison & Lewis__
                                      __502 West Sixth Street__
                                      __Tulsa, OK 74119__
                                      __918-587-3161__

*[Check if applicable]*  ___  Creditor(s) with foreign addresses included

11th & Garnett Liquor Store
1130 S. Garnett Rd.
Tulsa, OK 74112

A&D Supply
P.O. Box 690475
Tulsa, OK 74169

Able Fire Systems
P.O. Box 176
Jennings, OK 74038

Air Expert
P.O. Box 580272
Tulsa, OK 74158

America Expess
P.O. Box 650448
Dallas, TX 75265-0448

American Alliance Processing
5810 E. Skelly Dr., Suite 716
Tulsa, OK 74135

American Leak Detection
P.O. Box 702213
Tulsa, OK 74170

Anchor Ins. Agency
5810 E. Skelly Drive, Suite 620
Tulsa, OK 74135

Associated Parts
2619 E. Admiral Place
Tulsa, OK 74110

Audiomatrix
6029 S. 116th E. Ave.
Tulsa, OK 74146

Bagwell, Ray
508 W. Atlanta
Broken Arrow, OK 74012

Bank of America
PO Box 851001
Dallas, TX 75285-5412

Becky Vallely
5810 E. Skelly Dr., Suite 1700
Tulsa, OK 74135

Behnken, Ed
8142 S. Lewis
Tulsa, OK 74137

Benefit Designs of Oklahoma
2805-2835 E. Skelly Dr., Suite 808
Tulsa, OK 74105

Besco
5324 W. 46th St.
Tulsa, OK 74107

Best Electric Hardware
9135 E. 46th Street
Tulsa, OK 74145

Betty  Carrington
2761 E. Skelly Dr., Suite 700-21
Tulsa, OK 74105

Boswell Supply Company
2805-2835 E. Skelly Dr., Suite 825
Tulsa, OK 74105

Broadway Clinic of Tulsa
2600 E. Skelly Dr., Suite 114
Tulsa, OK 74105

Brooks Fiber
5810 E. Skelly Dr., Rooftop
Tulsa, OK 74135

CARE
2761 E. Skelly Dr., Suite 700-01
Tulsa, OK 74105

Catherine J. Swadener
3808 E. 83rd
Tulsa, OK 74137

Certified Labs
P.O. Box 971269
Dallas, TX 75397

Chong H Trimble
5810 E. Skelly Dr., Suite 1002
Tulsa, OK 74135

Chris Slatin
2761 E. Skelly Dr., Suite 700-05
Tulsa, OK 74105

Christ Restoration Center
2805-2835 E. Skelly Dr., Suite 835
Tulsa, OK 74105

Cintas Corporation
PO Box 691260
Tulsa, OK 74169

Community Partners, LLC
5810 E. Skelly Dr., Suite 1200
Tulsa, OK 74135

Cowan Landscape
PO Box 1557
Broken Arrow, OK 74012

CREOKS Behavioral Health Services
2600 E. Skelly Dr., Suite 200
Tulsa, OK 74105

Dave Miley
2761 E. Skelly Dr., Suite 700-12
Tulsa, OK 74105

David Irons
5810 E. Skelly Dr., Suite 710
Tulsa, OK 74135

David Kraus
2805-2835 E. Skelly Dr., Suite 835A
Tulsa, OK 74105

Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

Dolgencorp, Inc.
1126 S. Garnett Rd.
Tulsa, OK 74112

Don Temple
2761 E. Skelly Drive
Suite 700-10
Tulsa, OK 74105

Driscoll Automatic
5810 E. Skelly Drive, Suite 705
Tulsa, OK 74135

Dru Graham
7474 Oak Line Drive
Tulsa, OK 74131

Dyer Glass
9740 E. 54th Street
Tulsa, OK 74146

F. Viola Pitts
5810 E. Skelly Dr., Suite 1605
Tulsa, OK 74135

Fenix Equipment Company
2805-2835 E. Skelly Dr., Suite 824
Tulsa, OK 74105

Fergueson Enterprises, Inc.
6525 E. 42nd St.
Tulsa, OK 74145

Fleetmaster
P.O. Box 6293
Carol Stream, IL 60197

Ginger K. Brady, Esq.
2761 E. Skelly Dr., Suite 700-09
Tulsa, OK 74105

Glen Stout
Rt. 3, Box 102A
Cleveland, OK 74020

Glenda Foster
5332 S. 32nd West Ave.
Claremore, OK 74017

Gold Star Security
2805-2835 E. Skelly Dr., Suite 817
Tulsa, OK 74105

Graham Commercial Properties
7474 Oak Line Drive
Tulsa, OK 74131

Green Country Marketing Assn.
2805-2835 E. Skelly Dr., Suite 805
Tulsa, OK 74105

Hall, Estill, Hardwick, Gable, Golden &
320 South Boston Ave., Ste. 400
Tulsa, OK 74103

HM International
5810 E. Skelly Dr., Suite 1650
Tulsa, OK 74135

Home Depot
PO Box 6029
The Lakes, NV 88901

Ikon Financial Services
P.O. Box 9115
Macon, GA 31208

J&S Allred, LLC
2600 E. Skelly Dr., Suite 111
Tulsa, OK 74105

Jack Martin
2761 E. Skelly Dr., Suite 700-14
Tulsa, OK 74105

Jackson Enterprise
2805-2835 E. Skelly Dr., Suite 838
Tulsa, OK 74105

Johnstone Supply
PO Box 7805
Edmond, OK 73083

Karen Greenawalt
2761 E. Skelly Dr., Suite 700-04
Tulsa, OK 74105

Kelly Moore Paint
301 W. Hurst Blvd.
Hurst, TX 76053

Kevin Cline
16060 S. Peoria
Bixby, OK 74008

KJRH Channel 2
5810 E. Skelly Dr., Rooftop
Tulsa, OK 74135

Krisjan Verlin Yenzer
2761 E. Skelly Dr., Suite 700-02
Tulsa, OK 74105

Larry Edmundson & Assoc.
5810 E. Skelly Dr., Suite 1900
Tulsa, OK 74135

Las Americas Super Mercals, Inc.
1140 S. Garnett Rd.
Tulsa, OK 74112

Leadco, LLC
2805-2835 E. Skelly Dr., Suite 806
Tulsa, OK 74105

Learning Unlimited
5810 E. Skelly Dr., Suite 500
Tulsa, OK 74135

Lighting, Inc.
P.O. Box 471343
Tulsa, OK 74147

Lloyd Elliot
2761 E. Skelly Dr., Suite 700-15
Tulsa, OK 74105

Locke Supply
P.O. Box 24980
Oklahoma City, OK 73124

Louis Anderson
2761 E. Skelly Dr., Suite 700-20
Tulsa, OK 74105

Lowes
PO Box 530914
Atlanta, GA 30353-0914

Marcus & Millichap
5810 E. Skelly Drive, Suite 525
Tulsa, OK 74135

Maria Younger
2761 E. Skelly Dr., Suite 700-17
Tulsa, OK 74105

Mark Swadener
2842 E. 90th Place, #903
Tulsa, OK 74137

Mark W. Swadener
2842 E. 90th Place #903
Tulsa, OK 74137

MARS, Inc.
5810 E. Skelly Dr., Ste. 200
Tulsa, OK 74135

May's Drug Stores, Inc.
1150 S. Garnett Rd.
Tulsa, OK 74112

McIntosh, Inc.
P.O. Box 472208
Tulsa, OK 74147

Melissa Nash
6111 E. 17th St.
Tulsa, OK 74112

Michael Lyon
2805-2835 E. Skelly Dr., Suite 839
Tulsa, OK 74105

Midwest Employers Casualty Co.
2805-2835 E. Skelly Dr., Suite 841
Tulsa, OK 74105

NAIOP
PO Box 4654
Tulsa, OK 74159

National Oil
2761 E. Skelly Dr., Suite 700-11
Tulsa, OK 74105

NBC of Oklahoma
c/o Randall L. Goodwin
7127 Riverside Drive
Tulsa, OK 74137

Nextell Communications
5810 E. Skelly Dr., Suite 1602
Tulsa, OK 74135

Nigel Higgs
5810 E. Skelly Drive, Suite 707
Tulsa, OK 74135

Nikole Dickenson
750 W. 138th St.
Glenpool, OK 74033

O'Reily Automotive, Inc.
1116 S. Garnett Rd.
Tulsa, OK 74112

Olympic Realty, Inc.
5810 E. Skelly Dr., Suite 420
Tulsa, OK 74135

Palmer Supply
PO Box 470510
Tulsa, OK 74147

Patten & Norton
2805-2835 E. Skelly Dr., Suite 836
Tulsa, OK 74105

Pecan Properties 401K
Paychex, Inc.
Paychex Retirement Services
1175 John Street
West Henrietta, NY 14586

Perfection lawns
5810 E. Skelly Dr., Suite 1006
Tulsa, OK 74135

Pitney Bowes
P.O.Box 371887
Pittsburgh, PA 15250

Quest Elevator
2488 E. 81st Street, Suite 365
Tulsa, OK 74137

Real Estate Closing Co.
5810 E. Skelly Dr., Suite 100
Tulsa, OK 74135

Redlee SCS, Inc.
320 S. Boston, #200
Tulsa, OK 74103

Regent Bank
c/o Chris Rector
105 North Maple Street
Nowata, OK 74048

Roderick Tillman, Ph.D.
2805-1835 E. Skelly Dr., Suite 802
Tulsa, OK 74105

Ron Main, PC
2805-2835 E. Skelly Dr., Suite 821
Tulsa, OK 74105

Ronald D. Flanagan
2600 E. Skelly Dr., Suite 100
Tulsa, OK 74105

SBA Leasing, Inc.
5810 E. Skelly Dr., Rooftop
Tulsa, OK 74135

Scents Plus
P.O. Box 1572
Sapulpa, OK 74067

Scientific Computer Applications
2805-2835 E. Skelly Dr., Suite 820
Tulsa, OK 74105

Service & Equipment Intl.
P.O. Box 708
Owasso, OK 74055

SFG Commerical Real Estate
5810 E. Skelly Dr., Suite 1700
Tulsa, OK 74135

Shamrock Communications
5810 E. Skelly Dr., Suite 801
Tulsa, OK 74135

SMAC Communications
13025 N. 130th E. Ave.
Collinsville, OK 74021

Source One Janitorial
10400 E. 21st Street
Tulsa, OK 74129

State of Oklahoma
5810 E. Skelly Dr., Suite 1020
Tulsa, OK 74135

Stonebridge Property Solutions
2600 E. Skelly Dr., Suite 317
Tulsa, OK 74105

Strong Family Financial
5810 E. Skelly Dr., Suite 320
Tulsa, OK 74135

Subway Real Estate Corp.
1148 S. Garnett Rd.
Tulsa, OK 74112

The Robinson Law Firm
5810 E. Skelly Dr., Suite 1100
Tulsa, OK 74135

Todd, John
2524 NW 50th Street
Oklahoma City, OK 73112

Tom Reynolds
5810 E. Skelly Dr., Suite 105
Tulsa, OK 74135

Triad Bank
7666 East 61st St.
Tulsa, OK 74133

Tropical Plant Design
2702 W. Skelly Drive
Tulsa, OK 74107

Tulsa County Treasurer
500 S. Denver Ave. 3rd floor
Tulsa, OK 74103

Tulsa Town Hall
2805-2835 E. Skelly Dr., Suite 819
Tulsa, OK 74105

TulWest Oil & Gas
5810 E. Skelly Dr., Suite 520
Tulsa, OK 74135

tyrance Billingsley
2805-2835 E. Skelly Dr., Suite 833
Tulsa, OK 74105

```
Valley National Bank
Attn:  Lelia McCoy
4812 E. 81st Street
Tulsa, OK 74137

Verizon  Wireless
5810 E. Skelly Dr., Rooftop
Tulsa, OK 74135

Virgil Gaither
2805-2835 E. Skelly Dr., Suite 827
Tulsa, OK 74105

Witt Properties
10225 E. 101st Street
Broken Arrow, OK 74012

Yia Vue
1132 S. Garnett Rd.
Tulsa, OK 74112
```

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Swadener Investment Properties, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Swadener Investment Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 18, 2011**

Date

**/s/ Scott P. Kirtley**

**Scott P. Kirtley 11388**

Signature of Attorney or Litigant

Counsel for   **Swadener Investment Properties, LLC**

**Riggs Abney Neal Turpen Orbison & Lewis**
**502 West Sixth Street**
**Tulsa, OK 74119**
**918-587-3161**

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Swadener Investment Properties, LLC**                            Case No. _____

Debtor(s)                        Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark Swadener**, declare under penalty of perjury that I am the **Managing Member** of **Swadener Investment Properties, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability corporation at a special meeting duly called and held on the 15th day of February, 2011.

"Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Swadener, Managing Member** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that **Mark Swadener, Managing Member** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Swadener, Managing Member** of this Limited Liability Corporation is authorized and directed to employ **Scott P. Kirtley, Karen C. Walsh** and the law firm of **Riggs Abney Neal Turpen Orbison & Lewis** to represent the limited liability corporation in such bankruptcy case."

Date   2-15-11 _____        Signed _____

**Mark Swadener, Managing Member**

Resolution of Members
of
**Swadener Investment Properties, LLC**


Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Swadener, Managing Member** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that **Mark Swadener, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Swadener, Managing Member** of this Corporation is authorized and directed to employ **Scott P. Kirtley, Karen C. Walsh** and the law firm of **Riggs Abney Neal Turpen Orbison & Lewis** to represent the corporation in such bankruptcy case.

Date  2-15-11 _____            Signed _____
                                                             **Mark Swadener, Managing Member**