B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Swadener Investment Properties, LLC** _____ ,
                    Debtor

Case No.   **11-10322-M** _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 14,469,400.00 | | |
| B - Personal Property | Yes | 4 | 327,120.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 11,554,738.47 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 15,507.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 487,704.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 14,796,520.16 | | |
| Total Liabilities | | | | 12,057,950.69 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Swadener Investment Properties, LLC**

                                                                Debtor

Case No. _____**11-10322-M**_____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Swadener Investment Properties, LLC**                                       Case No.  **11-10322-M**
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lot 1, Block 1 Witt Center, City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a Remington Tower, 5810 E. Skelly Drive, Tulsa, OK 74135** | **99-year land lease** | - | **6,000,000.00** | **4,366,451.10** |
| **Lot 1, Block 1 Weir Section Addition and Resub Part L11-12, Block 3, L9-10, Block 4 Villa Grove Addition to the City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a 2600 Center, 2600 E. Skelly Drive, Tulsa, OK 74105 ($2,100,000) and Lot 1, Block 2 Weir Second Addition and Resub Part L11-12, Block 3 L9-10, Block 4 Villa Grove Addition to the City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a 2700 Center, 2761 E. Skelly Drive, Tulsa, OK 74105 ($724,000)** | **99-year land lease** | - | **2,824,000.00** | **2,052,881.49** |
| **Beg. 231.25W & 75S NED NE TH W34 N10W 385.05 S225 CRV LF 676.55 SE370 crv lf 77.58 SE202.04 to NWLY R/W I-44 TH NE ALG R/W 378.65 to PT 80W EL NE TH N150 W50 NW240.13 ELY59.99 NW193.58 POB Sec 7, T19, R14, City of Tulsa, Tulsa County, State of Oklahoma according to the recorded plat thereof a/k/a Northeast Plaza, 116-1150 E. Garnett, Tulsa, OK 74112** | **fee simple** | - | **3,656,900.00** | **3,208,479.04** |
| **Lot 1 less E20 Block 1 Weir Addition resub Part L13-18, Block 9, Villa Grove Addition an addition to the City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a 2800 Center, 2800 E. Skelly Drive, Tusla, OK 74105** | **fee simple** | - | **1,988,500.00** | **1,326,235.90** |

|  | Sub-Total > | **14,469,400.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **14,469,400.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Swadener Investment Properties, LLC**                              , Case No. _____
                                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Triad Bank (2600 Center Operating Account) | - | 25.00 |
| | | Triad Bank (2700 Center Operating Account) | - | 26.30 |
| | | Triad Bank (2800 Center Operating Account) | - | 2.01 |
| | | Triad Bank (Remington Operating Account) | - | 15.14 |
| | | Triad Bank (Northeast Plaza Operating Account) | - | 76.17 |
| | | Tulsa National Bank (Park Offices Operating Account) | - | 0.00 |
| | | Tulsa National Bank (Payroll Account) | - | 0.52 |
| | | Valley National Bank | - | 22.39 |
| | | F&M Bank | - | 55.02 |
| | | Bank of America | - | 15.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | PSO Deposit | - | 35,590.00 |
| | | ONG Deposit | - | 3,085.00 |
| | | City of Tulsa Deposit | - | 8,015.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |

|  | Sub-Total >   | 46,927.55 |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Swadener Investment Properties, LLC**                                           Case No. _____
                                                                                  ,
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent owed by tenants** | - | 64,492.61 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        64,492.61
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Swadener Investment Properties, LLC**

Case No. _____

_____,
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | condemniation award | - | 179,200.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Honda CRV | - | 12,675.00 |
| | | 2004 Toyota 4Runner (white) | - | 7,075.00 |
| | | 2004 Toyota 4Runner (black) | - | 7,075.00 |
| | | 2002 Honda CRV | - | 5,175.00 |
| | | equipment trailer | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | miscellaneous office furniture, 6 computers, framed posters, general pictures | - | 2,000.00 |

Sub-Total >       213,700.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Swadener Investment Properties, LLC**                              Case No. _____
                                                          ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **miscellaneous maintenance tools, such as ladder, hammers, etc.** | - | **2,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **2,000.00** |
| (Total of this page) | |
| Total > | **327,120.16** |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re    **Swadener Investment Properties, LLC**
_____,
Debtor

Case No.    **11-10322-M**
_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br> Bagwell, Ray <br> 508 W. Atlanta <br> Broken Arrow, OK 74012 | X | - | 1-1-07 <br> 2nd mortgage <br> Beg. 231.25W & 75S NED NE TH W34 N10W 385.05 S225 CRV LF 676.55 SE370 crv lf 77.58 SE202.04 to NWLY R/W I-44 TH NE ALG R/W 378.65 to PT 80W EL NE TH N150 W50 NW240.13 ELY59.99 NW193.58 POB Sec 7, T19, R14, City of <br><br> Value $           3,656,900.00 | | | | 591,585.79 | 0.00 |
| Account No. **unknown** <br><br> NBC of Oklahoma <br> c/o Randall L. Goodwin <br> 7127 Riverside Drive <br> Tulsa, OK 74137 | X | - | refinanced 12-06 <br> 1st mortgage <br> Beg. 231.25W & 75S NED NE TH W34 N10W 385.05 S225 CRV LF 676.55 SE370 crv lf 77.58 SE202.04 to NWLY R/W I-44 TH NE ALG R/W 378.65 to PT 80W EL NE TH N150 W50 NW240.13 ELY59.99 NW193.58 POB Sec 7, T19, R14, City of <br><br> Value $           3,656,900.00 | | | | 2,616,893.25 | 0.00 |
| Account No. **unknown** <br><br> NBC of Oklahoma <br> c/o Randall L. Goodwin <br> 7127 Riverside Drive <br> Tulsa, OK 74137 | X | - | refinanced 3-08 <br> 1st mortgage <br> Lot 1 less E20 Block 1 Weir Addition resub Part L13-18, Block 9, Villa Grove Addition an addition to the City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a 2800 Center, 2800 E. Skelly Drive, <br><br> Value $           1,988,500.00 | | | | 1,289,824.91 | 0.00 |
| Account No. **unknown** <br><br> NBC of Oklahoma <br> c/o Randall L. Goodwin <br> 7127 Riverside Drive <br> Tulsa, OK 74137 | X | - | refinanced 3-08 <br> 2nd mortgage <br> Lot 1 less E20 Block 1 Weir Addition resub Part L13-18, Block 9, Villa Grove Addition an addition to the City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof a/k/a 2800 Center, 2800 E. Skelly Drive, <br><br> Value $           1,988,500.00 | | | | 36,410.99 | 0.00 |
| **1** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 4,534,714.94 | 0.00 |

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Swadener Investment Properties, LLC** ,                    Case No.    **11-10322-M**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **unknown**<br><br>NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 | X | - | | 9-06<br><br>lien entry form<br><br>2006 Honda CRV | | | | | |
| | | | | Value $          12,675.00 | | | | 3,540.20 | 0.00 |
| Account No. **unknown**<br><br>Regent Bank<br>c/o Chris Rector<br>105 North Maple Street<br>Nowata, OK 74048 | X | - | | refinanced 10-21-09<br>2nd mortgage covering both properties<br>a/k/a 2700 Center, 2761 E. Skelly Drive, Tulsa, OK 74105<br>a/k/a 2600 Center, 2600 E. Skelly Drive, Tulsa, OK 74105 | | | | | |
| | | | | Value $       2,824,000.00 | | | | 135,779.00 | 0.00 |
| Account No.<br><br>Tulsa County Treasurer<br>500 S. Denver Ave. 3rd floor<br>Tulsa, OK 74103 | | - | | statutory liens<br><br>Remington Tower - $212,517.61<br>2600 Center - $51,534.76<br>2700 Center - $17,259.67<br>2800 Center - $64,281.47<br>Northeast Plaza - $250,882.56 | | | | | |
| | | | | Value $                0.00 | | | | 597,150.74 | 597,150.74 |
| Account No. **unknown**<br><br>Valley National Bank<br>Attn: Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 | X | - | | refinanced 2-07<br>1st mortgage<br>Lot 1, Block 1 Witt Center, City of Tulsa, Tulsa County, Oklahoma according to the recorded plat thereof<br>a/k/a Remington Tower, 5810 E. Skelly Drive, Tulsa, OK 74135 | | | | | |
| | | | | Value $       6,000,000.00 | | | | 4,366,451.10 | 0.00 |
| Account No. **unknown**<br><br>Valley National Bank<br>Attn: Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 | X | - | | refinanced 12-24-10<br><br>1st mortgage covering both buildings<br><br>a/k/a 2600 Center, 2600 E. Skelly Drive, Tulsa, OK 74105 and<br>a/k/a 2700 Center, 2761 E. Skelly Drive, Tulsa, OK 74105 | | | | | |
| | | | | Value $       2,824,000.00 | | | | 1,917,102.49 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 7,020,023.53 | 597,150.74

Total (Report on Summary of Schedules) | 11,554,738.47 | 597,150.74

B6E (Official Form 6E) (4/10)

In re   **Swadener Investment Properties, LLC**                                         Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    **2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   Swadener Investment Properties, LLC _____ ,   Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | | | |
| **Account No.** | | | | 12/31/10 | | | | | | |
| Becky Vallely 5810 E. Skelly Dr., Suite 1700 Tulsa, OK 74135 | | - | | 401(k) contribution | | | | | 0.00 | |
| | | | | | | | | 161.53 | | 161.53 |
| **Account No.** | | | | 12/31/10 | | | | | | |
| Dru Graham 7474 Oak Line Drive Tulsa, OK 74131 | | - | | 401(k) contribution | | | | | 0.00 | |
| | | | | | | | | 3,000.00 | | 3,000.00 |
| **Account No.** | | | | 12/31/10 | | | | | | |
| Glen Stout Rt. 3, Box 102A Cleveland, OK 74020 | | - | | 401(k) contribution | | | | | 0.00 | |
| | | | | | | | | 1,614.17 | | 1,614.17 |
| **Account No.** | | | | 12/31/10 | | | | | | |
| Glenda Foster 5332 S. 32nd West Ave. Claremore, OK 74017 | | - | | 401(k) contribution | | | | | 0.00 | |
| | | | | | | | | 646.50 | | 646.50 |
| **Account No.** | | | | 12-31-10 | | | | | | |
| Kevin Cline 16060 S. Peoria Bixby, OK 74008 | | - | | 401(k) contribution | | | | | 0.00 | |
| | | | | | | | | 1,122.28 | | 1,122.28 |

| | | |
|---|---|---|
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 6,544.48 |

6,544.48

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   __Swadener Investment Properties, LLC_____,      Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 12/31/10 | | | | | | |
| Melissa Nash 6111 E. 17th St. Tulsa, OK 74112 | | - | | 401(k) contribution | | | | 905.68 | 0.00 | 905.68 |
| Account No. | | | | 12/31/10 | | | | | | |
| Nikole Dickenson 750 W. 138th St. Glenpool, OK 74033 | | - | | 401(k) contribution | | | | 303.78 | 0.00 | 303.78 |
| Account No. 6347 | | | | 12-31-10 | | | | | | |
| Pecan Properties 401K Paychex, Inc. Paychex Retirement Services 1175 John Street West Henrietta, NY 14586 | | - | | unpaid employer contribution to employee 401(k) **This is a duplication of the total amount owed to each employee** | | | | 7,753.94 | 0.00 | 7,753.94 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 8,963.40 | 0.00 8,963.40 |
| Total (Report on Summary of Schedules) | 15,507.88 | 0.00 15,507.88 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Swadener Investment Properties, LLC** _____,   Case No. ___**11-10322-M**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | maintenance supplies | | | | |
| A&D Supply P.O. Box 690475 Tulsa, OK 74169 | | - | | | | | | | 543.80 |
| Account No. | | | | | fire systems inspections & repair | | | | |
| Able Fire Systems P.O. Box 176 Jennings, OK 74038 | | - | | | | | | | 3,000.00 |
| Account No. | | | | | utility | | | | |
| AEP/PSO P.O. Box 24404 Canton, OH 44701 | | - | | | | | | | Unknown |
| Account No. | | | | | air fresheners for restrooms | | | | |
| Air Expert P.O. Box 580272 Tulsa, OK 74158 | | - | | | | | | | 1,030.00 |

___8___  continuation sheets attached

Subtotal
(Total of this page)                    4,573.80

B6F (Official Form 6F) (12/07) - Cont.

In re __Swadener Investment Properties, LLC_____,    Case No. ___11-10322-M_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| **Account No.** | | | | maintenance supplies | | | | |
| America Expess P.O. Box 650448 Dallas, TX 75265-0448 | | - | | | | | | 5,016.56 |
| **Account No.** | | | | leak detection | | | | |
| American Leak Detection P.O. Box 702213 Tulsa, OK 74170 | | - | | | | | | 375.00 |
| **Account No.** | | | | maintenance supplies | | | | |
| Associated Parts 2619 E. Admiral Place Tulsa, OK 74110 | | - | | | | | | 1,866.41 |
| **Account No.** | | | | music in buildings | | | | |
| Audiomatrix 6029 S. 116th E. Ave. Tulsa, OK 74146 | | - | | | | | | 105.00 |
| **Account No.** | | | | maintenance supplies | | | | |
| Bank of America PO Box 851001 Dallas, TX 75285-5412 | | - | | | | | | 12,338.22 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          19,701.19

B6F (Official Form 6F) (12/07) - Cont.

In re __Swadener Investment Properties, LLC_____,     Case No. ___11-10322-M_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br> **Behnken, Ed** <br> **8142 S. Lewis** <br> **Tulsa, OK 74137** | - | | **unknown** <br> **subordinated debenture** | | | | 11,000.00 |
| Account No. <br><br> **Besco** <br> **5324 W. 46th St.** <br> **Tulsa, OK 74107** | - | | maintenance supplies | | | | 466.08 |
| Account No. <br><br> **Best Electric Hardware** <br> **9135 E. 46th Street** <br> **Tulsa, OK 74145** | - | | maintenance supplies | | | | 1,009.65 |
| Account No. <br><br> **Certified Labs** <br> **P.O. Box 971269** <br> **Dallas, TX 75397** | - | | HVAC water treatment | | | | 956.38 |
| Account No. <br><br> **Cintas Corporation** <br> **PO Box 691260** <br> **Tulsa, OK 74169** | - | | floor mats | | | | 166.94 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 13,599.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Swadener Investment Properties, LLC**                                      Case No.  **11-10322-M**
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | utility | | | | |
| City of Tulsa Utilities Service Tulsa, OK 74187-0001 | | - | | | | | | Unknown |
| Account No. | | | | lawn services | | | | |
| Cowan Landscape PO Box 1557 Broken Arrow, OK 74012 | | - | | | | | | 13,252.40 |
| Account No. | | | | computer products | | | | |
| Dell Preferred Account Payment Processing Center PO Box 6403 Carol Stream, IL 60197-6403 | | - | | | | | | 1,517.07 |
| Account No. **none** | | | | loans | | | | |
| Dru Graham 7474 Oak Line Drive Tulsa, OK 74131 | | - | | | | | | 180,480.72 |
| Account No. | | | | glass repair | | | | |
| Dyer Glass 9740 E. 54th Street Tulsa, OK 74146 | | - | | | | | | 600.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          195,850.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Swadener Investment Properties, LLC**                    ,        Case No.    **11-10322-M**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | maintenance supplies | | | | |
| Fergueson Enterprises, Inc. 6525 E. 42nd St. Tulsa, OK 74145 | | - | | | | | | 183.97 |
| Account No. | | | | auto fuel | | | | |
| Fleetmaster P.O. Box 6293 Carol Stream, IL 60197 | | - | | | | | | 366.39 |
| Account No. | | | | maintenance | | | | |
| Graham Commercial Properties 7474 Oak Line Drive Tulsa, OK 74131 | | - | | | | | | 29,936.64 |
| Account No. | | | | maintenance supplies | | | | |
| Home Depot PO Box 6029 The Lakes, NV 88901 | | - | | | | | | 2,807.51 |
| Account No. | | | | maintenance supplies | | | | |
| Johnstone Supply PO Box 7805 Edmond, OK 73083 | | - | | | | | | 1,296.85 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,591.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Swadener Investment Properties, LLC**                              Case No.    **11-10322-M**
_____,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | paint supplies | | | | |
| Kelly Moore Paint 301 W. Hurst Blvd. Hurst, TX 76053 | | - | | | | | | 65.21 |
| Account No. | | | | lighting retro-fit | | | | |
| Lighting, Inc. P.O. Box 471343 Tulsa, OK 74147 | | - | | | | | | 46,913.95 |
| Account No. | | | | maintenance supplies | | | | |
| Locke Supply P.O. Box 24980 Oklahoma City, OK 73124 | | - | | | | | | 980.62 |
| Account No. | | | | maintenance supplies | | | | |
| Lowes PO Box 530914 Atlanta, GA 30353-0914 | | - | | | | | | 777.62 |
| Account No. | | | | loans | | | | |
| Mark W. Swadener 2842 E. 90th Place #903 Tulsa, OK 74137 | | - | | | | | | 34,586.21 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            83,323.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Swadener Investment Properties, LLC                          Case No.    11-10322-M
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | maintenance supplies | | | | |
| McIntosh, Inc. P.O. Box 472208 Tulsa, OK 74147 | | - | | | | | | 1,529.94 |
| Account No. | | | | 2009 Marketing Brochure | | | | |
| NAIOP PO Box 4654 Tulsa, OK 74159 | | - | | | | | | 644.00 |
| Account No. | | | | utility | | | | |
| Ok. Energy Services, Inc. P.O. Box 472308 Dallas, TX 75393 | | - | | | | | | Unknown |
| Account No. | | | | utility | | | | |
| ONG POB 219296 Kansas City, MO 64121-9296 | | - | | | | | | Unknown |
| Account No. | | | | maintenance supplies | | | | |
| Palmer Supply PO Box 470510 Tulsa, OK 74147 | | - | | | | | | 2,698.91 |

Sheet no.  6  of  8  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,872.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Swadener Investment Properties, LLC**                                  Case No.    **11-10322-M**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unreconciled intercompany loans | | | | |
| Pecan Properties, Inc. 5810 E. Skelly Dr., Suite 1700 Tulsa, OK 74135 | - | | | | | | | Unknown |
| Account No. | | | | elevator service | | | | |
| Quest Elevator 2488 E. 81st Street, Suite 365 Tulsa, OK 74137 | - | | | | | | | 40,384.80 |
| Account No. | | | | janitorial services | | | | |
| Redlee SCS, Inc. 320 S. Boston, #200 Tulsa, OK 74103 | - | | | | | | | 27,695.81 |
| Account No. | | | | fresheners for restrooms | | | | |
| Scents Plus P.O. Box 1572 Sapulpa, OK 74067 | - | | | | | | | 469.00 |
| Account No. | | | | generator inspection | | | | |
| Service & Equipment Intl. P.O. Box 708 Owasso, OK 74055 | - | | | | | | | 611.48 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                69,161.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Swadener Investment Properties, LLC**                                          Case No.   **11-10322-M**
_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | moved phone lines | | | | |
| SMAC Communications 13025 N. 130th E. Ave. Collinsville, OK 74021 | | - | | | | | 160.00 |
| Account No. | | | janitorial services | | | | |
| Source One Janitorial 10400 E. 21st Street Tulsa, OK 74129 | | - | | | | | 10,984.98 |
| Account No. | | | operating line | | | | |
| Triad Bank 7666 East 61st St. Tulsa, OK 74133 | | - | | | | | 50,000.00 |
| Account No. | | | plants at buildings | | | | |
| Tropical Plant Design 2702 W. Skelly Drive Tulsa, OK 74107 | | - | | | | | 886.22 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 62,031.20 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 487,704.34 |

B6G (Official Form 6G) (12/07)

In re   **Swadener Investment Properties, LLC**
_____,
                                    Debtor

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **11th & Garnett Liquor Store**<br>**1130 S. Garnett Rd.**<br>**Tulsa, OK 74112** | commercial lease: lessor |
| **American Alliance Processing**<br>**5810 E. Skelly Dr., Suite 716**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Anchor Ins. Agency**<br>**5810 E. Skelly Drive, Suite 620**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Benefit Designs of Oklahoma**<br>**2805-2835 E. Skelly Dr., Suite 808**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Betty  Carrington**<br>**2761 E. Skelly Dr., Suite 700-21**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Boswell Supply Company**<br>**2805-2835 E. Skelly Dr., Suite 825**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Broadway Clinic of Tulsa**<br>**2600 E. Skelly Dr., Suite 114**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Brooks Fiber**<br>**5810 E. Skelly Dr., Rooftop**<br>**Tulsa, OK 74135** | tower lease: lessor |
| **CARE**<br>**2761 E. Skelly Dr., Suite 700-01**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Chong H Trimble**<br>**5810 E. Skelly Dr., Suite 1002**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Chris Slatin**<br>**2761 E. Skelly Dr., Suite 700-05**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Christ Restoration Center**<br>**2805-2835 E. Skelly Dr., Suite 835**<br>**Tulsa, OK 74105** | commerical lease: lessor |

5

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    Swadener Investment Properties, LLC                                    ,          Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Community Partners, LLC**<br>**5810 E. Skelly Dr., Suite 1200**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **CREOKS Behavioral Health Services**<br>**2600 E. Skelly Dr., Suite 200**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Dave Miley**<br>**2761 E. Skelly Dr., Suite 700-12**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **David Irons**<br>**5810 E. Skelly Dr., Suite 710**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **David Kraus**<br>**2805-2835 E. Skelly Dr., Suite 835A**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| Dolgencorp, Inc.<br>1126 S. Garnett Rd.<br>Tulsa, OK 74112 | commerical lease: lessor |
| **Don Temple**<br>**2761 E. Skelly Drive**<br>**Suite 700-10**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Driscoll Automatic**<br>**5810 E. Skelly Drive, Suite 705**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **F. Viola Pitts**<br>**5810 E. Skelly Dr., Suite 1605**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Fenix Equipment Company**<br>**2805-2835 E. Skelly Dr., Suite 824**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Ginger K. Brady, Esq.**<br>**2761 E. Skelly Dr., Suite 700-09**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Gold Star Security**<br>**2805-2835 E. Skelly Dr., Suite 817**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Green Country Marketing Assn.**<br>**2805-2835 E. Skelly Dr., Suite 805**<br>**Tulsa, OK 74105** | commerical lease: lessor |

Sheet    1    of    5    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    Swadener Investment Properties, LLC                                           Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **HM International**<br>**5810 E. Skelly Dr., Suite 1650**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Ikon Financial Services**<br>**P.O. Box 9115**<br>**Macon, GA 31208** | 5/1/07 Richo copier |
| **J&S Allred, LLC**<br>**2600 E. Skelly Dr., Suite 111**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Jack Martin**<br>**2761 E. Skelly Dr., Suite 700-14**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Jackson Enterprise**<br>**2805-2835 E. Skelly Dr., Suite 838**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Karen Greenawalt**<br>**2761 E. Skelly Dr., Suite 700-04**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **KJRH Channel 2**<br>**5810 E. Skelly Dr., Rooftop**<br>**Tulsa, OK 74135** | tower lease: lessor |
| **Krisjan Verlin Yenzer**<br>**2761 E. Skelly Dr., Suite 700-02**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Larry Edmundson & Assoc.**<br>**5810 E. Skelly Dr., Suite 1900**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Las Americas Super Mercals, Inc.**<br>**1140 S. Garnett Rd.**<br>**Tulsa, OK 74112** | commercial lease: lessor |
| **Leadco, LLC**<br>**2805-2835 E. Skelly Dr., Suite 806**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Learning Unlimited**<br>**5810 E. Skelly Dr., Suite 500**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Lloyd Elliot**<br>**2761 E. Skelly Dr., Suite 700-15**<br>**Tulsa, OK 74105** | commercial lease: lessor |

Sheet    __2__  of  __5__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Swadener Investment Properties, LLC**

Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Louis Anderson**<br>2761 E. Skelly Dr., Suite 700-20<br>Tulsa, OK 74105 | commerical lease: lessor |
| **Marcus & Millichap**<br>5810 E. Skelly Drive, Suite 525<br>Tulsa, OK 74135 | commercial lease: lessor |
| **Maria Younger**<br>2761 E. Skelly Dr., Suite 700-17<br>Tulsa, OK 74105 | commerical lease: lessor |
| **MARS, Inc.**<br>5810 E. Skelly Dr., Ste. 200<br>Tulsa, OK 74135 | commercial lease: lessor |
| **May's Drug Stores, Inc.**<br>1150 S. Garnett Rd.<br>Tulsa, OK 74112 | commercial lease: lessor |
| **Michael Lyon**<br>2805-2835 E. Skelly Dr., Suite 839<br>Tulsa, OK 74105 | commerical lease: lessor |
| **Midwest Employers Casualty Co.**<br>2805-2835 E. Skelly Dr., Suite 841<br>Tulsa, OK 74105 | commercial lease: lessor |
| **National Oil**<br>2761 E. Skelly Dr., Suite 700-11<br>Tulsa, OK 74105 | commercial lease: lessor |
| **Nextell Communications**<br>5810 E. Skelly Dr., Suite 1602<br>Tulsa, OK 74135 | commercial lease: lessor |
| **Nigel Higgs**<br>5810 E. Skelly Drive, Suite 707<br>Tulsa, OK 74135 | commercial lease: lessor |
| **O'Reily Automotive, Inc.**<br>1116 S. Garnett Rd.<br>Tulsa, OK 74112 | commercial lease: lessor |
| **Olympic Realty, Inc.**<br>5810 E. Skelly Dr., Suite 420<br>Tulsa, OK 74135 | commercial lease: lessor |
| **Patten & Norton**<br>2805-2835 E. Skelly Dr., Suite 836<br>Tulsa, OK 74105 | commercial lease: lessor |

Sheet ___3___ of ___5___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   Swadener Investment Properties, LLC _____,   Case No. _____

                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Perfection lawns**<br>**5810 E. Skelly Dr., Suite 1006**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Pitney Bowes**<br>**P.O.Box 371887**<br>**Pittsburgh, PA 15250** | 12/2004 mail meter machine |
| **Real Estate Closing Co.**<br>**5810 E. Skelly Dr., Suite 100**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Roderick Tillman, Ph.D.**<br>**2805-1835 E. Skelly Dr., Suite 802**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Ron Main, PC**<br>**2805-2835 E. Skelly Dr., Suite 821**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **Ronald D. Flanagan**<br>**2600 E. Skelly Dr., Suite 100**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **SBA Leasing, Inc.**<br>**5810 E. Skelly Dr., Rooftop**<br>**Tulsa, OK 74135** | tower lease: lessor |
| **Scientific Computer Applications**<br>**2805-2835 E. Skelly Dr., Suite 820**<br>**Tulsa, OK 74105** | commerical lease: lessor |
| **SFG Commerical Real Estate**<br>**5810 E. Skelly Dr., Suite 1700**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Shamrock Communications**<br>**5810 E. Skelly Dr., Suite 801**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **State of Oklahoma**<br>**5810 E. Skelly Dr., Suite 1020**<br>**Tulsa, OK 74135** | commercial lease: lessor |
| **Stonebridge Property Solutions**<br>**2600 E. Skelly Dr., Suite 317**<br>**Tulsa, OK 74105** | commercial lease: lessor |
| **Strong Family Financial**<br>**5810 E. Skelly Dr., Suite 320**<br>**Tulsa, OK 74135** | commercial lease: lessor |

Sheet ___4___ of ___5___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   Swadener Investment Properties, LLC _____,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Subway Real Estate Corp.**<br>1148 S. Garnett Rd.<br>Tulsa, OK 74112 | commercial lease: lessor |
| **The Robinson Law Firm**<br>5810 E. Skelly Dr., Suite 1100<br>Tulsa, OK 74135 | commercial lease: lessor |
| **Todd, John**<br>2524 NW 50th Street<br>Oklahoma City, OK 73112 | 9/2001 100-year land lease for 2600 Center and 2700 Center |
| **Tom Reynolds**<br>5810 E. Skelly Dr., Suite 105<br>Tulsa, OK 74135 | commercial lease: lessor |
| **Tulsa Town Hall**<br>2805-2835 E. Skelly Dr., Suite 819<br>Tulsa, OK 74105 | commerical lease: lessor |
| **TulWest Oil & Gas**<br>5810 E. Skelly Dr., Suite 520<br>Tulsa, OK 74135 | commercial lease: lessor |
| **tyrance Billingsley**<br>2805-2835 E. Skelly Dr., Suite 833<br>Tulsa, OK 74105 | commercial lease: lessor |
| **Verizon  Wireless**<br>5810 E. Skelly Dr., Rooftop<br>Tulsa, OK 74135 | tower lease: lessor |
| **Virgil Gaither**<br>2805-2835 E. Skelly Dr., Suite 827<br>Tulsa, OK 74105 | commerical lease: lessor |
| **Witt Properties**<br>10225 E. 101st Street<br>Broken Arrow, OK 74012 | 11/2003 100-year land lease for Remington Tower |
| **Yia Vue**<br>1132 S. Garnett Rd.<br>Tulsa, OK 74112 | commercial lease: lessor |

Sheet   __5__   of   __5__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Swadener Investment Properties, LLC**                                                    Case No. _____
                                                                                        ,
                                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Catherine J. Swadener<br>3808 E. 83rd<br>Tulsa, OK 74137 | Regent Bank<br>c/o Chris Rector<br>105 North Maple Street<br>Nowata, OK 74048 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | Valley National Bank<br>Attn:  Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | Valley National Bank<br>Attn:  Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | Bagwell, Ray<br>508 W. Atlanta<br>Broken Arrow, OK 74012 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | Regent Bank<br>c/o Chris Rector<br>105 North Maple Street<br>Nowata, OK 74048 |
| Mark Swadener<br>2842 E. 90th Place, #903<br>Tulsa, OK 74137 | NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 |

0
_____    continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re __Swadener Investment Properties, LLC_____          Case No. _____
                                             Debtor(s)              Chapter   __11_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___3-4-11_____          Signature _____
                                                        Mark Swadener
                                                        Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Oklahoma

In re    **Swadener Investment Properties, LLC**                                    Case No. _____

                                                            Debtor(s)          Chapter    **11**    _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
        year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
        calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
        report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$191,588.00** | **2011 - gross rent** |
| **$1,928,624.00** | **2010 - gross rent** |
| **$3,769,761.00** | **2009 - gross rent** |

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■       during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None■

*Complete a. or b., as appropriate, and c.*

  a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None□

  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AEP Public Service Co. of OK<br>PO Box 24401<br>Canton, OH 44701-4401 | 12-2-10 - $4,544.60<br>12-2-10 - $6,649.42<br>1-6-11 - $4,238.52<br>1-7-11 - $4,546.22<br>1-31-11 - $4,343.61<br>2-3-11 - $4,505.53 | $28,827.90 | $0.00 |
| Witt Properties<br>10225 E. 101st Street<br>Broken Arrow, OK 74012 | 12-6-10 - $10,801<br>1-7-10 - $10,801<br>2-10-11 - $10,801 | $32,403.00 | $0.00 |
| Valley National Bank<br>Attn:  Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 | 11-18-10 - $34,100<br>12-16-10 - $34,100<br>1-17-11 - $34,100 | $102,300.00 | $4,366,451.10 |
| AEP Public Service Co. of OK<br>PO Box 24401<br>Canton, OH 44701-4401 | 1-11-11 - $1,725.65<br>2-3-11 - $3,581.70<br>12-8-10 - $1,917.60 | $7,224.95 | $0.00 |
| Valley National Bank<br>Attn:  Lelia McCoy<br>4812 E. 81st Street<br>Tulsa, OK 74137 | 1-24-11 - $8,786.72<br>11-24-10 -  $8,809.29<br>12-22-10 - $8,786.70 | $26,382.71 | $1,917,102.49 |
| Source One Janitorial<br>10400 E. 21st Street<br>Tulsa, OK 74129 | 12-8-10 - $1,029.95<br>12-31-10 - $1,029.95<br>12-31-10 - $2,951.50<br>12-31-10 - $603.43<br>1-31-11 - $489.89<br>1-31-11 - $592.43<br>1-31-11 - $1,284.43<br>1-31-11 - $2,049.43<br>1-31-11 - $860.48 | $10,891.49 | $0.00 |
| AEP Public Service Co. of OK<br>PO Box 24401<br>Canton, OH 44701-4401 | 12-8-10 - $882.00<br>1-11-11 - $696.66<br>2-3-11 - $1,424.37 | $3,003.03 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AEP Public Service Co. of OK<br>PO Box 24401<br>Canton, OH 44701-4401 | 12-8-10 - $2,697.64<br>1-10-11 - $2,356.38<br>2-3-11 - $3,936.17 | $8,990.19 | $0.00 |
| NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 | 11-29-10 - $9,363.29<br>11-29-10 - $684.07<br>12-28-10 - $634.07<br>12-28-10 - $9,313.29<br>1-27-11 - $684.07<br>1-27-11 - $9,313.29 | $29,992.08 | $1,289,824.91 |
| AEP Public Service Co. of OK<br>PO Box 24401<br>Canton, OH 44701-4401 | 12-7-10 - $38.63<br>12-7-10 - $39.38<br>12-7-10 - $222.31<br>12-7-10 - $135.69<br>12-22-10 - $38.06<br>12-22-10 - $38.17<br>1-11-11 - $222.52<br>1-11-11 - $41.38<br>1-11-11 - $133.21 | $909.35 | $0.00 |
| NBC of Oklahoma<br>c/o Randall L. Goodwin<br>7127 Riverside Drive<br>Tulsa, OK 74137 | 12-3-10 - $23,245.11<br>1-6-11 - $23,195.11 | $46,440.22 | $2,616,893.25 |
| Bagwell, Ray<br>508 W. Atlanta<br>Broken Arrow, OK 74012 | 11-30-10 - $6,471.56<br>12-30-10 - $6,471.56 | $12,943.12 | $591,585.79 |

None  ☐   c.   *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Triad Bank<br><br>Managing Member | Debtor pays Triad Bank $600 per month to reimburse Mark Swadener for interest expense as he mortgaged his home to reduce debt of the debtor | $7,200.00 | $0.00 |
| Mark Swadener & Dru Graham<br><br>Managing Member & Corporate Officer | occasional charges will be made on personal credit cards and immediately reimbursed by the debtor | $0.00 | $0.00 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Redlee SCS, Inc. v. Mark Swadener, Swadener Investment Properties LLC, Swadener Paul Leasing, Inc., SGF Commercial Real Estate Services, LLC, Graham Commercial Properties, LLC, Pecan Properties, Inc. William Paul, Dru Graham, Columbia Offices, Inc.<br>CJ-2010-2078 | breach of contract | Tulsa County, Oklahoma | judgment entered 10-19-10 |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State of OK ex rel. Dept. of Trans. v. John C. Todd, Swadener Investment Properties, LLC, Valley National Bank et al. 107,498** | **condemnation** | **Oklahoma Supreme Court** | **cert. denied 1-24-11** |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

**8. Losses**

None  ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2600 Center** **amount of damage unknown** | **hail damage to roof** **damage covered by insurance** | **2010** |
| **2700 Center** **amount of damage unknown** | **hail damage to roof** **damage covered by insurance** | **2010** |
| **all 5 buildings** **damage unknown** | **buildings being inspected for damage due to recent snow storms** **covered by insurance** | **2-2011** |

**9. Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Riggs Abney** | **2-15-11** | **$18,961.00** |

**10. Other transfers**

None  ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Robert Knight** **none** | **6-10** | **2000 Van** **$5,500 (estimated)** |
| **Kevin Cline** **employee** | **11-10** | **1994 Truck** **$700 (estimated)** |

None  ☒  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Tulsa National Bank** | **Remington Operating x24538** **2600 Operating x31103** **2700 Operating x31178** **2800 Operating x31186** **Crestwood Offices Operating x31194** **3000 Center Operating x24561** **3100 Center Operating x 25261** | |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☒   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mark Swadener**<br>**2842 S. 90th Pl.**<br>**Tulsa, OK 74137** | **1991 to present** |
| **Dru Graham**<br>**7474 Oak Line Drive**<br>**Tulsa, OK 74131** | |

None
☒
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mark W. Swadener** | **2842 E. 90th Place #903**<br>**Tulsa, OK 74137** |
| **Dru Graham** | **7474 Oak Line Drive**<br>**Tulsa, OK 74131** |

None
☒
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
☒
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dru Graham<br>7474 Oak Line Drive<br>Tulsa, OK 74131 | member | 1% |
| Mark W. Swadener<br>2842 E. 90th Place #903<br>Tulsa, OK 74137 | managing member | 99% |

### 22 . Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Pecan Properties 401(k) | 73-162038 |

10

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____       Signature of
                                            Debtor       _____

Date _____       Signature of
                                            Joint Debtor
                                            (if any)     _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____3-4-11_____       Signature _____

                                            **Mark Swadener Managing Member**
                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Swadener Investment Properties, LLC**

_____,
                                    Debtor

Case No. _____

Chapter_____ **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dru Graham**<br>**7474 Oak Line Drive**<br>**Tulsa, OK 74131** | **membership interest** | **1%** | **na** |
| **Mark W. Swadener**<br>**2842 E. 90th Place #903**<br>**Tulsa, OK 74137** | **membership interest** | **99%** | **na** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ 3·4-11 _____

Signature _____ *Mark W. Swadener* _____
                **Mark Swadener**
                **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_____0_____ continuation sheets attached to List of Equity Security Holders