IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                      )
                                            )
Swadener Investment Properties, LLC.,       )   Case No. 11-10322-M
                                            )   Chapter 11
                                            )
                                            )
         Debtor-in-Possession.              )

### REQUEST FOR ORDER EXTENDING THE EXCLUSIVE PERIOD TO FILE A DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

Swadener Investment Properties, LLC ("SIP"), the above-captioned Debtor-in-Possession, requests this Court for the entry of an Order Extending the Exclusive Period to File a Disclosure Statement and Plan of Reorganization. In support of this Request, SIP would show this Court as follows:

1. SIP filed its Motion for Extension for Filing Disclosure Statement and Plan of Reorganization and Period of Exclusivity and Notice of Opportunity for Hearing (the "Motion") on June 10, 2011.

2. In the Motion, SIP sought an extension to July 20, 2011.

3. The Motion was mailed to all parties in interest pursuant to the Affidavit of Mailing filed on June 10, 2011.

4. Pursuant to the Motion, objections to the Motion were to be filed by July 5, 2011.

5. No objections have been filed.

6. An Order Extending the Exclusive Period to File a Disclosure Statement and Plan of Reorganization is being submitted electronically simultaneously with this Request.

WHEREFORE, SIP requests this Court enter an Order Extending the Exclusive Period to File a Disclosure Statement and Plan of Reorganization to July 20, 2011.

Respectfully submitted this 15th day of July, 2011.

                RIGGS, ABNEY, NEAL, TURPEN,
                ORBISON & LEWIS

                /s/ Scott P. Kirtley
                Scott P. Kirtley, OBA#11388
                502 W. 6th Street
                Tulsa, Oklahoma 74119
                (918) 587-3161
                (918) 587-9708 (fax)

                Attorneys for Swadener Investment Properties, LLC