IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Aug 16, 2011

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Swadener Investment Properties, LLC., ) | Case No. 11-10322-M |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor-in-Possession. ) | |

## ORDER GRANTING SECOND MOTION, IN PART, FOR EXTENSION FOR FILING DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND PERIOD OF EXCLUSIVITY

This Court, after review and consideration of the Motion for Second Extension for Filing Disclosure Statement and Plan of Reorganization and Period of Exclusivity and Notice of Opportunity for Hearing (the "Motion") filed July 20, 2011 by Swadener Investment Properties, LLC ("SIP"); the Objections to the Motion filed by NBC Bank and Valley National Bank; SIP's filing of a Disclosure Statement and Plan of Reorganization on August 15, 2011; finds that the Motion should be granted, in part.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the period of exclusivity for SIP to file a Disclosure Statement and Plan of Reorganization is extended to August 15, 2011.

Dated this 16th day of August, 2011.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Agreed to in Form and Content:

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS


s/Scott P. Kirtley
Scott P. Kirtley, OBA#11388
502 W. 6th Street
Tulsa, Oklahoma 74119
(918) 587-3161
(918) 587-9708 (fax)

Attorneys for Swadener Investment Properties, LLC


BARBER & BARTZ


s/David M. vonHartizsch
David M. vonHartizsch, OBA#18865
525 S. Main, Suite 800
Tulsa, Oklahoma 74103
(918) 599-7755
(918) 599-7756 (fax)

Attorneys for NBC Bank


STUART, BIOLOCHINI & TURNER


David P. Limekiller
David P. Limekiller, OBA #18173
15 East Fifth Street, Suite 4000
First Place Tower
Tulsa, Oklahoma 74103
918-582-3311
918-582-3033 (fax)

Attorneys for Valley National Bank