IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In Re: )
)
Swadener Investment Properties, LLC ) Case No. 11-10322-M
) Chapter 11
)
Debtor-In-Possession. )

### SUPPLEMENT TO
### PLAN OF REORGANIZATION FOR SWADENER INVESTMENT PROPERTIES, LLC

The Debtor-In-Possession, Swadener Investment Properties, LLC (the "Debtor"), Supplements its Plan of Reorganization (the "Plan") filed August 15, 2011 to add a general unsecured creditor that was inadvertently omitted from Class 12. The following chart includes the unsecured claim of Oklahoma Energy Services, Inc. and supplements the Plan.

| Claimant | Amount | Insider | Impairment |
|---|---|---|---|
| Dru Graham | $180,480.72 | Yes | Yes |
| Ed Behnken | $110,000.00 | No | Yes |
| Triad Bank | $0.00 | No | Yes |
| Lighting, Inc. | $46,913.95 | No | Yes |
| Quest Elevator | 40,384.80 | No | Yes |
| Mark W. Swadener | $0.00 | Yes | Yes |
| Graham Commercial | $29,936.64 | No | Yes |
| Redlee, SCS | $27,695.81 | No | Yes |
| Hall Estill | $26,880.00 | No | Yes |
| Cowan Landscape | $13,252.40 | No | Yes |
| Bank of America CC | $12,338.22 | No | Yes |
| Source One Janitorial | $10,984.98 | No | Yes |
| OK Energy Services | $9,280.59 | No | Yes |
| AEP | $7,103.73 | No | Yes |
| American Express | $5,016.56 | No | Yes |
| Ikon Fin. Services | $4,341.12 | No | Yes |

Dated this 19th day of August, 2011.

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

*/s/ Scott P. Kirtley*

Scott P. Kirtley   OBA #11388
502 W. 6th Street
Tulsa, Oklahoma 74119
(918) 587-3161
(918) 587-9708 (fax)

Attorneys for Swadener Investment Properties, LLC