

FILED
2011 SEP 16  AM 9:40

U.S. ... COURT
NORTHERN DISTRICT OF OKLA.

Notice to : Swadener Investment Properties Bankruptcy Court   Northern District OK
        Case No. 11-10322M
        Document 112

The Court is hereby noticed that SIP, Swadener, does not have any lease or ownership on the land where the 2600, 2700 and 2800 Centers exist. Reliastar gave or sold these three buildings Centers only to Swadener; the buildings only as the land is owned by John C. Todd. I was told they gave the buildings to Swadener. The land was not Reliastar's to give to anyone.

Please correct this information in your court action and send me corrected copies of your recent motion before the U. S. Bankruptcy Court.

Sip has been brandishing $2761.00 around as if this had some meaning in this action: it does not! That number came from a Contract replacement type settlement agreement between Todd and Reliastar many years before Swadener was on the scene.

I await the corrected copies of your Court action.

Yours truly,

*[signature]*

John C. Todd

9/8/11