Budget for October 1, 2011 through October 31, 2011
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 3,542.80 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 31,579.78 |
| | 109,017.61 |

Expenses

| | |
|---|---:|
| Payroll 10/14/11 | 9,750.00 |
| Payroll 10/28/11 | 9,750.00 |
| PSO | 22,650.00 |
| ONG/Okla Energy | 400.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 750.00 |
| Source One Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life Insurance | 0.00 |
| Professional Dues (broker's lic) | 235.00 |



EXHIBIT A

1-1

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 8,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 6,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 101,816.57 |
| Net | 9,207.08 |

Budget for November 1, 2011 through November 30, 2011
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 11/11/11 | 9,750.00 |
| Payroll 11/25/11 | 9,750.00 |
| PSO | 18,000.00 |
| ONG/Okla Energy | 2,100.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 750.00 |
| Source One Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life Insurance | 812.50 |
| Professional Dues (broker's lic) | 235.00 |

1-3

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 6,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 5,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 96,679.07 |

Net                                           13,652.87

Budget for December 1, 2011 through December 31, 2011
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 12/09/11 | 9,750.00 |
| Payroll 12/23/11 | 9,750.00 |
| PSO | 20,250.00 |
| ONG/Okla Energy | 5,100.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 435.00 |
| Professional Dues (broker's lic) | 235.00 |

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 5,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 99,751.57 |

Net                                           10,580.37

Budget for January 1, 2012 through January 31, 2012
Swadener Investment Properties, LLC

Revenue

|  |  |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
|  | 110,331.94 |

Expenses

|  |  |
|---|---:|
| Payroll 1/06/12 | 9,750.00 |
| Payroll 1/20/12 | 9,750.00 |
| PSO | 25,050.00 |
| ONG/Okla Energy | 7,000.00 |
| COT | 3,725.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 0.00 |
| Professional Dues (broker's lic) | 235.00 |

1-7

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 2,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 102,991.57 |
| Net | 7,340.37 |

Budget for February 1, 2012 through February 29, 2012
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | <u>33,579.78</u> |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 2/03/12 | 9,750.00 |
| Payroll 2/17/12 | 9,750.00 |
| PSO | 23,950.00 |
| ONG/Okla Energy | 7,500.00 |
| COT | 3,575.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 11,125.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 0.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life | 812.50 |
| Professional Dues (broker's lic) | 235.00 |

1-9

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 2,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 103,279.07 |

Net                                   7,052.87

Budget for March 1, 2012 through March 31, 2012
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 3/02/12 | 9,750.00 |
| Payroll 3/16/12 | 9,750.00 |
| Payroll 3/30/12 | 9,750.00 |
| PSO | 19,700.00 |
| ONG/Okla Energy | 6,000.00 |
| COT | 3,950.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 11,125.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 435.00 |

| | |
|---|---:|
| Professional Dues (broker's lic) | 235.00 |
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 2,750.00 |
| Tenant Improvements | 0.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | <u>0.00</u> |
| | 103,376.57 |

Net                                        6,955.37