IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Sep 29, 2011

IN RE:                                          )
                                                )
Swadener Investment Properties, LLC.,           )     Case No. 11-10322-M
                                                )     Chapter 11
                                                )
                                                )
        Debtor-in-Possession.                   )


## ORDER AUTHORIZING USE OF CASH COLLATERAL
## AND GRANTING REPLACEMENT LIENS

On September 6, 2011, Swadener Investment Properties, LLC ("SIP") filed its Second Motion for Authority to Use Cash Collateral, Grant Replacement Liens as Adequate Protection, and Notice of Opportunity for Hearing (the "Motion"). After review and consideration of the Motion, this Court finds as follows:

1. SIP filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on February 18, 2011; and since such date has continued in possession of its property and operation of its business as Debtor-in-Possession.

2. On March 29, 2011 an Order Authorizing Use of Cash Collateral and Granting Replacement Liens was entered.

3. SIP's use of cash collateral was authorized through September 30, 2011.

4. SIP has complied with the terms of the Order Authorizing Use of Cash Collateral and Granting Replacement Liens.

5. On August 15, 2011, SIP filed its Disclosure Statement and Plan of Reorganization. The hearing to consider approval of the Disclosure Statement is set for September 27, 2011 at 11:00 a.m.

6. SIP owns the following commercial properties:

    a. Northeast Plaza, 1116-1150 E. Garnett, Tulsa, Oklahoma 74112

    b. 2800 Center, 2800 E. Skelly Dr., Tulsa, Oklahoma 74105

    c. Remington Tower, 5810 E. Skelly Dr., Tulsa, Oklahoma 74135

    d. 2600 Center, 2600 E. Skelly Dr., Tulsa, Oklahoma 74105

    e. 2700 Center, 2761 E. Skelly Dr., Tulsa, Oklahoma 74105

(the "Commercial Buildings").

7. SIP leases space in the Commercial Buildings to a variety of tenants.

8. SIP believes and Valley National Bank and NBC Bank assert that Valley National Bank and NBC Bank hold first mortgages recorded in the offices of the Tulsa County Clerk on the Commercial Buildings owned by SIP, summarized below:

| Mortgage Holder | Mortgage | Property Description | Amount of Mortgage | Value of Collateral |
|---|---|---|---|---|
| NBC Bank | 1st Mortgage | NE Plaza | 2,616,893.25 | 3,656,900.00 |
| Ray Bagwell | 2nd Mortgage | NE Plaza | 591,585.79 | |
| NBC Bank | 1st Mortgage | 2800 Center | 1,289,824.91 | 1,988,500.00 |
| NBC Bank | 2nd Mortgage | 2800 Center | 36,410.99 | |
| Valley National Bank | 1st Mortgage | Remington Tower | 4,366,451.10 | 6,000,000.00 |
| Valley National Bank | 1st Mortgage | 2600 Center and 2700 Center | 2,052,881.49 | 2,824,000.00 |
| Regent Bank | 2nd Mortgage | 2600 Center and 2700 Center | 135,779.00 | |

The amounts owed to SIP's secured creditors do not include post petition interest to which they may be entitled.

9. For the purposes of this Motion, SIP states that:

  a. SIP was not in default upon the commencement of this case,

  b. the mortgages granted to Valley National Bank and NBC Bank include Assignment of Rent clauses.

2

those rents collected by SIP may constitute cash collateral of Valley National Bank and NBC Bank

10. SIP seeks use of cash collateral pursuant to 11 U.S.C. Section 363(c)(4) and F.R.Bankr.P. 4001(b); and proposes adequate protection to Valley National Bank and NBC Bank to the extent it uses cash collateral in the form of a replacement lien pursuant to 11 U.S.C. Section 361(2).

11. Notice and opportunity for hearing have been given to the extent required for entry of this Order.

12. Attached as Exhibit "A" is a budget of SIP's revenues and expenses for the period of October 1, 2011 to March 31, 2012.

13. SIP contends that it is necessary to use cash collateral in order to continue present business operations. SIP requires funds to pay post petition wages, insurance, utilities, repair and maintenance expenses, and other operating expenses in order to continue present operations and to maintain and preserve the bankruptcy estate. Without authorization to use cash collateral, SIP's continued business operations would cease, tenants would vacate the Commercial Buildings, and the value of the Commercial Buildings would decrease – causing immediate and irreparable harm to SIP, SIP's creditors, and the bankruptcy estate.

14. Valley National Bank and NBC Bank are entitled to certain protections as set forth in this Agreed Order. SIP has agreed to provide Valley National Bank and NBC Bank with a replacement lien in and to the future rents of SIP pursuant to 11 U.S.C. Section 361(2) to the extent SIP uses cash collateral.

15. SIP shall be allowed a variance of ten percent (10%) on each budgeted item in Exhibit "A". Furthermore, to the extent an expense is not fully used during a particular month, that unused portion shall carry forward to the next month.

16. Included within the budget is an estimate of the projected fees owed to the United States Trustee. The rental income received equaling the amount of any fee owed to the United States Trustee is not subject to the replacement lien granted to Valley National Bank and NBC Bank.

17. SIP's use of cash collateral as set forth in Exhibit "A" is in the best interests of SIP, Valley National Bank, NBC Bank, and the remaining creditors of this estate.

18. Nothing in this Order shall be construed as an agreement on the part of NBC Bank and Valley National Bank with respect to their treatment in the Chapter 11 Plan of Reorganization to be filed by SIP.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that SIP is authorized to use cash collateral for the payment of certain operating expenses as set forth in the attached Exhibit "A" from October 1, 2011 through March 31, 2012.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a variance of ten percent (10%) is allowed on each budgeted expense item found in Exhibit "A". Furthermore, to the extent an expense is not fully used during a particular month, that unused portion shall carry forward to the next month.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that included within the attached Exhibit "A" is an estimate of the projected fees owed to the United States Trustee. The rental income received equaling the amount of any fee owed to the

United States Trustee is not subject to the replacement lien granted to Valley National Bank and NBC Bank.

IT IF FURTHER ORDERED, ADJUDGED AND DECREED that Valley National Bank and NBC Bank are granted replacement liens in and to the future rents of SIP pursuant to 11 U.S.C. Section 362(2) to the extend SIP uses cash collateral.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that replacement liens granted Valley National Bank and NBC Bank in and to the future rents of SIP shall be deemed created and perfected without the necessity of the execution, filing or recording of any documents otherwise required under bankruptcy law for the creation or perfection of security interests and liens.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that SIP shall make its books and records available to Valley National Bank and NBC Bank for purposes of audit on a regular and routine basis during regular business hours or such other time as conveniently arranged with SIP. Any such review of SIP's books and records shall not unreasonably interfere with SIP's business operations.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that SIP shall continue to maintain insurance with respect to all of the Commercial Buildings for the purposes and in the amounts maintained by SIP.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Valley National Bank and NBC Bank shall be granted full access to the Commercial Buildings during all reasonable business hours for purposes of inspection and appraisal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. Section 362 is modified to the extent and only to the extent

necessary to permit the actions and events set forth in this Agreed Order to occur and/or be taken by Valley National Bank and NBC Bank.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Agreed Order is not deemed, and shall not constitute, a waiver of any and all rights, claims or defenses of SPI or Valley National Bank and NBC Bank.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that nothing in this Order shall be construed as an agreement on the part of Valley National Bank and NBC Bank with respect to their treatment in the Chapter 11 Plan of Reorganization to be filed by SIP.

Dated this 29th day of September, 2011.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

SUBMITTED BY:

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

s/Scott P. Kirtley
Scott P. Kirtley, OBA#11388
Karen C. Walsh, OBA#14690
502 W. 6th Street
Tulsa, Oklahoma 74119
(918) 587-3161
(918) 587-9708 (fax)

Attorneys for Swadener Investment Properties, LLC

Budget for October 1, 2011 through October 31, 2011
Swadener Investment Properties, LLC

### Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 3,542.80 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | <u>31,579.78</u> |
| | 109,017.61 |

### Expenses

| | |
|---|---:|
| Payroll 10/14/11 | 9,750.00 |
| Payroll 10/28/11 | 9,750.00 |
| PSO | 22,650.00 |
| ONG/Okla Energy | 400.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 750.00 |
| Source One Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life Insurance | 0.00 |
| Professional Dues (broker's lic) | 235.00 |


EXHIBIT A

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 8,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 6,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | <u>0.00</u> |
| | 101,816.57 |

| | |
|---|---:|
| Net | 9,207.08 |

1-2

Budget for November 1, 2011 through November 30, 2011
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | <u>33,579.78</u> |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 11/11/11 | 9,750.00 |
| Payroll 11/25/11 | 9,750.00 |
| PSO | 18,000.00 |
| ONG/Okla Energy | 2,100.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 750.00 |
| Source One Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life Insurance | 812.50 |
| Professional Dues (broker's lic) | 235.00 |

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 6,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 5,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 96,679.07 |
| Net | 13,652.87 |

Budget for December 1, 2011 through December 31, 2011
Swadener Investment Properties, LLC

### Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
| | 110,331.94 |

### Expenses

| | |
|---|---:|
| Payroll 12/09/11 | 9,750.00 |
| Payroll 12/23/11 | 9,750.00 |
| PSO | 20,250.00 |
| ONG/Okla Energy | 5,100.00 |
| COT | 2,750.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 435.00 |
| Professional Dues (broker's lic) | 235.00 |

1-5

| | |
|---|---|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 5,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 5,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 99,751.57 |
| Net | 10,580.37 |

Budget for January 1, 2012 through January 31, 2012
Swadener Investment Properties, LLC

### Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | <u>33,579.78</u> |
| | 110,331.94 |

### Expenses

| | |
|---|---:|
| Payroll 1/06/12 | 9,750.00 |
| Payroll 1/20/12 | 9,750.00 |
| PSO | 25,050.00 |
| ONG/Okla Energy | 7,000.00 |
| COT | 3,725.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 10,800.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 0.00 |
| Professional Dues (broker's lic) | 235.00 |

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 2,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | <u>0.00</u> |
| | 102,991.57 |
| **Net** | 7,340.37 |

Budget for February 1, 2012 through February 29, 2012
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | <u>33,579.78</u> |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 2/03/12 | 9,750.00 |
| Payroll 2/17/12 | 9,750.00 |
| PSO | 23,950.00 |
| ONG/Okla Energy | 7,500.00 |
| COT | 3,575.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 11,125.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 0.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Lincoln National Life | 812.50 |
| Professional Dues (broker's lic) | 235.00 |

1-9

| | |
|---|---:|
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 4,750.00 |
| Tenant Improvements | 2,000.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | 0.00 |
| | 103,279.07 |
| **Net** | 7,052.87 |

Budget for March 1, 2012 through March 31, 2012
Swadener Investment Properties, LLC

Revenue

| | |
|---|---:|
| 2600 Center | 8,120.12 |
| 2700 Center | 2,767.13 |
| 2800 Center | 15,536.33 |
| Remington Tower | 50,328.58 |
| Northeast Plaza | 33,579.78 |
| | 110,331.94 |

Expenses

| | |
|---|---:|
| Payroll 3/02/12 | 9,750.00 |
| Payroll 3/16/12 | 9,750.00 |
| Payroll 3/30/12 | 9,750.00 |
| PSO | 19,700.00 |
| ONG/Okla Energy | 6,000.00 |
| COT | 3,950.00 |
| Travelers | 3,750.00 |
| Aetna | 2,050.00 |
| Witt-Remington land lease | 11,125.00 |
| Stonetrust-WC | 950.00 |
| Redlee Janitorial | 5,500.00 |
| Sonitrol/Stanley Security | 310.00 |
| LD Container Svs | 285.00 |
| National Waste | 175.00 |
| Answer Phone | 100.00 |
| ATT | 498.00 |
| Ikon (copier) | 0.00 |
| Pitney Bowes Equipment | 0.00 |
| TPD (plant lease) | 337.08 |
| Pest control | 0.00 |
| Cowan Landscape | 2,550.00 |
| Air Expert | 300.00 |
| Certified Labs (hvac) | 320.09 |
| Mac Fire Systems | 162.00 |
| Quest Elevator | 1,833.40 |
| John Todd-2600 land lease | 2,761.00 |
| Yardi software fee (annual) | 0.00 |
| Cox | 0.00 |
| Cintas | 25.00 |
| Office Supplies | 100.00 |
| Audiomatrix | 105.00 |
| Nobox (website fee) | 15.00 |
| Court fees estimate | 975.00 |
| Kansas City Life | 435.00 |

| | |
|---|---:|
| Professional Dues (broker's lic) | 235.00 |
| Auto Fuel | 300.00 |
| Postage | 250.00 |
| Payroll reporting fees | 180.00 |
| Legal Fees | 500.00 |
| Maintenance petty cash | 100.00 |
| Auto Maintenance | 50.00 |
| Maintenance uniforms | 0.00 |
| HVAC Maintenance | 4,700.00 |
| Plumbing Repair | 600.00 |
| Electrical Maintenance/Repair | 150.00 |
| General Maintenance/Repairs | 2,750.00 |
| Tenant Improvements | 0.00 |
| Fire Systems Repair | 0.00 |
| Fire Systems Inspections | 0.00 |
| Snow Removal | 0.00 |
| Roof repairs | <u>0.00</u> |
| | 103,376.57 |

**Net**                                    6,955.37